STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Rothschild Broadcast Distribution Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC**, <br><br> *Plaintiff*, <br><br> v. <br><br> **AGORA LAB, INC.**, <br><br> *Defendant*. | CASE NO.: 5:20-cv-07359 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Rothschild Broadcast Distribution Systems, LLC hereby voluntarily dismisses this action against Agora Lab, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 6, 2020 | Respectfully submitted, |
| 3 | | */s/ Stephen M. Lobbin* |
| 4 | | Stephen M. Lobbin |
| | | sml@smlavvocati.com |
| 5 | | SML AVVOCATI P.C. |
| 6 | | 888 Prospect Street, Suite 200 |
| | | San Diego, California 92037 |
| 7 | | (949) 636-1391 (Phone) |
| 8 | | |
| 9 | | **Attorney(s) for Plaintiff Rothschild Broadcast Distributions Systems, LLC** |